UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20588-JEM

ROBERT SILVA,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Robert Silva, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 15th day of February 2023.

    s/ Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*