UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20588

ROBERT SILVA,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, NOMI HEALTH, INC.

Plaintiff, Robert Silva files the Return of Service on Defendant, NOMI HEALTH., (served on February 21, 2023).

Dated this 28th day of February 2023.

                    s/Toussaint Cummings, Esq.
                    Toussaint M. Cummings Esq.
                    Fla. Bar No. 119877
                    toussaint@fairlawattorney.com
                    FAIRLAW FIRM
                    135 San Lorenzo Avenue
                    Suite 770
                    Coral Gables, FL 33146
                    Tel:   305.230.4884
                    *Counsel for Plaintiff*