UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20588

ROBERT SILVA,

     Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

     Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, MEDX STAFFING INC.

Plaintiff, Robert Silva files the Return of Service on Defendant, MEDX STAFFING INC., (served on February 21, 2023).

Dated this 28th day of February 2023.

s/Toussaint Cummings, Esq.
Toussaint M. Cummings Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*