UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20588

ROBERT SILVA,

     Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

     Defendants.

_____/

## PLALINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

     Plaintiff, Robert Silva, pursuant to Local Rule 3.8, notifies the Court of the following

Related Action presently pending in the District Court for the Southern District of Florida:

     *Juan Valdez vs. Medx Staffing, Inc. and NoMi Health, Inc. 1:23-CV-20753*

     *Maria Hernandez vs. Medx Staffing, Inc. and NoMi Health, Inc. 1:23-CV-20738*

     *Paul Rodriguez vs.  Medx Staffing, Inc. and NoMi Health, In. 1:23-CV-20741*

     *Gary Baugh vs. Medx Staffing, Inc. and NoMi Health, Inc. 1:23-CV-20821*

     Respectfully submitted this 3rd day of March 2023,

                        Toussaint M. Cummings, Esq.
                        Toussaint M. Cummings, Esq.
                        Fla. Bar No. 119877
                        toussaint@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:    305.230.4884
                        *Counsel for Plaintiff*