UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-20588-MARTINEZ-BECERRA

ROBERT SILVA,

       Plaintiffs,

  v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

       Defendants.

## JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiff Robert Silva and Defendants Nomi Health, Inc., MedX Staffing, Inc. (collectively, the "Parties"), respectfully request that this Court enter an order staying proceedings in this litigation pending arbitration. Pursuant to the September 8, 2021 agreement which Plaintiff entered into with MedX Staffing, Inc., attached hereto as Exhibit A, Plaintiff agrees that his claims in this action are subject to arbitration in accordance with the rules of the American Arbitration Association (AAA). Given the Parties' agreement that Plaintiff's claims should proceed in individual arbitration, the Parties respectfully request that this Court enter an order compelling Plaintiff's claims to individual arbitration in accordance to the terms of the agreement, and staying this matter pending resolution of that arbitration. *See*, *e.g.*, *Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 701 (11th Cir. 1992) (holding that, when a plaintiff's claims are subject to arbitration, they should be stayed). All Parties agree to the relief requested in this motion. A Proposed Order is being submitted herewith.

Respectfully submitted this 14th day of March 2023,

By:

/s/ Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave. Ste 770
Coral Gables, FL 33146
Tel: (305) 230-4884

Attorney for Plaintiff Robert Silva


/s/ Andrew M. McKinley
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

Attorney for Defendants Nomi Health, Inc. and
MedX Staffing, Inc.