UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-20588-MARTINEZ-BECERRA

ROBERT SILVA,

    Plaintiffs,

v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

    Defendants.

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

This matter has come before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration. Having considered the Joint Motion, and good cause appearing, the Court GRANTS the Joint Motion. It is hereby **ORDERED** that the parties' arbitration agreement is valid and enforceable, and that the claims in this action are covered by it. Plaintiff's claims in this action are compelled to individual arbitration in accordance with the agreement. This case is stayed pending the resolution of that arbitration.

DONE AND ORDERED this ____ day of March, 2023.

_____
Hon. Jose E. Martinez
United States District Judge