UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-20588-MARTINEZ/BECERRA

ROBERT SILVA,

       Plaintiff,

v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

       Defendants.

**DEFENDANTS NOMI HEALTH, INC. AND MEDX STAFFING, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Nomi Health, Inc. and MedX Staffing, Inc. hereby submit this Corporate Disclosure Statement and Certificate of Interested Parties.

Defendants state that Nomi Health, Inc. does not have any parent corporation, and that there is no publicly held corporation that owns 10% or more of its stock.

Defendants state that the corporate parent of MedX Staffing, Inc. is Nomi Health, Inc., and that there is no publicly held corporation that owns 10% or more of MedX Staffing, Inc.'s stock.

Defendants further identify the following interested parties:

1.     Robert Silva;
2.     Fairlaw Firm
3.     Toussaint Cummings, Esq.
4.     Brian Pollock, Esq.
5.     Nomi Health, Inc.;

6. MedX Staffing, Inc.;

7. Seyfarth Shaw LLP; and

8. Andrew M. McKinley, Esq.

Respectfully submitted this 14th day of March 2023.

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendants Nomi Health, Inc. and MedX Staffing, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 14, 2023, I filed the foregoing via CM/ECF, which served a copy of the same on all counsel of record.

/s/ Andrew M. McKinley
Andrew M. McKinley