UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20588-CIV-MARTINEZ-BECERRA

ROBERT SILVA,

    Plaintiff,

v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration ("Motion"). (ECF No. 8.) The parties agree that the claims asserted here are subject to the September 8, 2021 agreement requiring the parties resolve such disputes by arbitration. (*Id.*) Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, (ECF No. 8), is **GRANTED**.
2. This case is **STAYED** pending the completion of arbitration.
3. The Clerk of the Court is **DIRECTED** to mark this case as **CLOSED** for statistical purposes only and all pending motions are **DENIED AS MOOT**. This Order shall not prejudice the substantive rights of any of the parties to this litigation.
4. Every **three months**, starting from the date of this Order, the parties shall file a joint status report informing the Court regarding the status of the arbitration proceedings. Additionally, within **five days** of the completion of the arbitration, the parties shall file a joint status report notifying the Court about the outcome of the arbitration.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of March, 2023.

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE