**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:23-cv-20588-MARTINEZ**

ROBERT SILVA,

       Plaintiffs,

  v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-referenced action jointly stipulate and agree that all claims in this action be dismissed with prejudice and without costs pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012). The arbitration has concluded.

Respectfully submitted this 8th day of April 2024,

/s/ Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave. Ste 770
Coral Gables, FL 33146
Tel: (305) 230-4884

*Attorney for Plaintiff Robert Silva*

/s/ Andrew M. McKinley
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendants Nomi Health, Inc. and MedX Staffing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

                                                  s/    *Andrew M. McKinley*
                                                  Andrew M. McKinley