UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20588-CIV-MARTINEZ

ROBERT SILVA,

    Plaintiff,

v.

MEDX STAFFING INC. and
NOMI HEALTH, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION

**THIS MATTER** came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 11). This Court has reviewed the Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DIMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2024.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record